**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>MARC CHRISTOPHER VILORIA,<br><br>  Defendant | Case No. 2:25-cr-00035-CDS-BNW<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Undersigned defense counsel substituted former counsel Joy Chen following her departure from the Office of the Federal Public Defender and is still in the process of reviewing all discovery propounded in this case. In addition, defense counsel is in the process of obtaining out-of-state records pertinent to Mr. Viloria's criminal history that could impact the resolution of his case. Undersigned counsel requires additional time to obtain the records, determine whether there are any pretrial matters to be litigated, meet with his client, and counsel him on his legal options.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided. The parties are not seeking to continue the calendar call or trial dates in this matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein have up to and including August 25, 2025, to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties have up to and including September 10, 2025, to file any and all responses.

IT IS FURTHER ORDERED that the parties have up to and including September 17, 2025, to file any and all replies.

Dated: August 12, 2025

_____
UNITED STATES DISTRICT JUDGE