**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00035-CDS-BNW |
| Plaintiff | **Order Approving Stipulation to Continue Sentencing** |
| v. | [ECF No. 32] |
| MARC CHRISTOPHER VILORIA, | |
| Defendant | |

Based on the parties' stipulation, it is ordered that the sentencing currently scheduled for July 9, 2026, at 10:00 a.m., is vacated and continued to July 14, 2026, at 10:30 a.m. in LV Courtroom 6B.

Dated: June 8, 2026

_____
UNITED STATES DISTRICT JUDGE