UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff<br>v.<br>Christopher Viloria,<br>Defendant | Case No. 2:25-cr-00035-CDS-BNW<br>**Order Granting the Defendant's Motion for Leave to File Exhibits Under Seal**<br>[ECF No. 35] |

Defendant Christopher Viloria filed a motion to seal exhibits 1–3 of his sentencing memorandum because they contain confidential medical information. Mot., ECF No. 35. The motion is unopposed. For the following reasons, Viloria's motion is granted.

## I. Discussion

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). And "compelling reasons" must be shown to seal judicial records attached to a dispositive motion. *Kamakana*, 447 F.3d 1178–79 (citing *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003).

Here, Viloria's request is narrowly tailored, as he seeks to seal limited exhibits that contain private, confidential, and sensitive information. *See* ECF No. 35. Specifically, he only seeks to seek exhibits 1–3 of his sentencing memorandum, and he seeks such relief because the records contain personal and private medical information. *Id.* These sorts of records are regularly ordered to be filed under seal. *E.g.*, *United States v. Bradley*, 2020 U.S. Dist. LEXIS 119962, at *21 (E.D. Cal. July 6, 2020). Having reviewed the exhibits, I find compelling reasons exist to grant his request, so the defendant's motion to seal exhibits 1–3 is granted.

**II. Conclusion**

IT IS ORDERED that the defendant's motion for leave to file exhibits 1–3 under seal **[ECF No. 35] is GRANTED**. The Clerk of Court is kindly instructed to maintain the seal on ECF No. 36 until further order of the court.

Dated: July 16, 2026

Cristina D. Silva
United States District Judge